UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-7803

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

     v.

LORENZO BUTTS, JR.,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Jerome B. Friedman, District
Judge.  (2:00-cr-00067-JBF-1)

Submitted:  June 10, 2010          Decided:  June 22, 2010

Before MOTZ and SHEDD, Circuit Judges, and HAMILTON, Senior
Circuit Judge

Affirmed by unpublished per curiam opinion.

Lorenzo Butts, Jr., Appellant Pro Se.  Kevin Michael Comstock,
Joseph Evan DePadilla, Assistant United States Attorneys,
Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lorenzo Butts, Jr., appeals the district court's order denying his motion for reduction of sentence pursuant to 18 U.S.C. § 3582(c) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Butts</u>, No. 2:00-cr-00067-JBF-1 (E.D. Va. Aug 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>